IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| GEORGE LEE TUCKER, II, #786947 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:14cv659 |
| BRAD LIVINGSTON, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff George Lee Tucker, II, an inmate confined at the Coffield Unit of the Texas prison system, brings this civil lawsuit under the First Amendment and Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation (docket entry #109) concluding that the sole remaining defendant's motion for summary judgment should be granted. Tucker has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Tucker to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Tucker lack merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #109) is **ADOPTED**. It is further

**ORDERED** that the Defendant Gaddis' motion for summary judgment (docket entry #86) is **GRANTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 28th day of October, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE